SEALED

1

2 **UNITED STATES DISTRICT COURT**

3 **DISTRICT OF NEVADA**

4

5 Re: Kevin Zimmerman )
    ADA Litigation )
    _____ )

6

| | | |
|---|---|---|
| 2:17-cv-00304-GMN-GWF | 2:17-cv-00528-GMN-GWF | 2:17-cv-00800-GMN-GWF |
| 2:17-cv-00305-GMN-GWF | 2:17-cv-00529-GMN-GWF | 2:17-cv-00801-GMN-GWF |
| 2:17-cv-00306-GMN-GWF | 2:17-cv-00531-GMN-GWF | 2:17-cv-00809-GMN-GWF |
| 2:17-cv-00307-GMN-GWF | 2:17-cv-00532-GMN-GWF | 2:17-cv-00811-GMN-GWF |
| 2:17-cv-00308-GMN-GWF | 2:17-cv-00533-GMN-GWF | 2:17-cv-00812-GMN-GWF |
| 2:17-cv-00309-GMN-GWF | 2:17-cv-00535-GMN-GWF | 2:17-cv-00813-GMN-GWF |
| 2:17-cv-00310-GMN-GWF | 2:17-cv-00536-GMN-GWF | 2:17-cv-00814-GMN-GWF |
| 2:17-cv-00312-GMN-GWF | 2:17-cv-00538-GMN-GWF | 2:17-cv-00815-GMN-GWF |
| 2:17-cv-00313-GMN-GWF | 2:17-cv-00539-GMN-GWF | 2:17-cv-00816-GMN-GWF |
| 2:17-cv-00395-GMN-GWF | 2:17-cv-00541-GMN-GWF | 2:17-cv-00817-GMN-GWF |
| 2:17-cv-00396-GMN-GWF | 2:17-cv-00551-GMN-GWF | 2:17-cv-00823-GMN-GWF |
| 2:17-cv-00397-GMN-GWF | 2:17-cv-00554-GMN-GWF | 2:17-cv-00826-GMN-GWF |
| 2:17-cv-00398-GMN-GWF | 2:17-cv-00555-GMN-GWF | 2:17-cv-00827-GMN-GWF |
| 2:17-cv-00399-GMN-GWF | 2:17-cv-00556-GMN-GWF | 2:17-cv-00830-GMN-GWF |
| 2:17-cv-00400-GMN-GWF | 2:17-cv-00557-GMN-GWF | 2:17-cv-00833-GMN-GWF |
| 2:17-cv-00401-GMN-GWF | 2:17-cv-00558-GMN-GWF | 2:17-cv-00835-GMN-GWF |
| 2:17-cv-00402-GMN-GWF | 2:17-cv-00559-GMN-GWF | 2:17-cv-00836-GMN-GWF |
| 2:17-cv-00403-GMN-GWF | 2:17-cv-00560-GMN-GWF | 2:17-cv-00837-GMN-GWF |
| 2:17-cv-00404-GMN-GWF | 2:17-cv-00561-GMN-GWF | 2:17-cv-00838-GMN-GWF |
| 2:17-cv-00405-GMN-GWF | 2:17-cv-00563-GMN-GWF | 2:17-cv-00839-GMN-GWF |
| 2:17-cv-00407-GMN-GWF | 2:17-cv-00565-GMN-GWF | 2:17-cv-00840-GMN-GWF |
| 2:17-cv-00408-GMN-GWF | 2:17-cv-00567-GMN-GWF | 2:17-cv-00841-GMN-GWF |
| 2:17-cv-00409-GMN-GWF | 2:17-cv-00568-GMN-GWF | |
| 2:17-cv-00411-GMN-GWF | 2:17-cv-00569-GMN-GWF | |
| 2:17-cv-00415-GMN-GWF | 2:17-cv-00571-GMN-GWF | |
| 2:17-cv-00417-GMN-GWF | 2:17-cv-00572-GMN-GWF | |
| 2:17-cv-00418-GMN-GWF | 2:17-cv-00584-GMN-GWF | |
| 2:17-cv-00419-GMN-GWF | 2:17-cv-00585-GMN-GWF | |
| 2:17-cv-00423-GMN-GWF | 2:17-cv-00586-GMN-GWF | |
| 2:17-cv-00425-GMN-GWF | 2:17-cv-00587-GMN-GWF | |
| 2:17-cv-00426-GMN-GWF | 2:17-cv-00588-GMN-GWF | |
| 2:17-cv-00427-GMN-GWF | 2:17-cv-00589-GMN-GWF | |
| 2:17-cv-00428-GMN-GWF | 2:17-cv-00590-GMN-GWF | |
| 2:17-cv-00429-GMN-GWF | 2:17-cv-00591-GMN-GWF | |
| 2:17-cv-00430-GMN-GWF | 2:17-cv-00592-GMN-GWF | |
| 2:17-cv-00433-GMN-GWF | 2:17-cv-00593-GMN-GWF | |
| 2:17-cv-00435-GMN-GWF | 2:17-cv-00594-GMN-GWF | |
| 2:17-cv-00436-GMN-GWF | 2:17-cv-00595-GMN-GWF | |
| 2:17-cv-00437-GMN-GWF | 2:17-cv-00596-GMN-GWF | |
| 2:17-cv-00438-GMN-GWF | 2:17-cv-00597-GMN-GWF | |
| 2:17-cv-00518-GMN-GWF | 2:17-cv-00598-GMN-GWF | |
| 2:17-cv-00519-GMN-GWF | 2:17-cv-00599-GMN-GWF | |
| 2:17-cv-00520-GMN-GWF | 2:17-cv-00600-GMN-GWF | |
| 2:17-cv-00522-GMN-GWF | 2:17-cv-00601-GMN-GWF | |
| 2:17-cv-00523-GMN-GWF | 2:17-cv-00602-GMN-GWF | |
| 2:17-cv-00524-GMN-GWF | 2:17-cv-00783-GMN-GWF | |
| 2:17-cv-00526-GMN-GWF | 2:17-cv-00787-GMN-GWF | |
| 2:17-cv-00527-GMN-GWF | 2:17-cv-00791-GMN-GWF | |

**SEALED OMNIBUS ORDER**

Plaintiff has filed a certificate of interested parties in each of his above-named lawsuits. Local Rule 7.1-1 provides that parties "must identify in the disclosure statement all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case." Plaintiff's certificates of interested parties lists only Plaintiff and each individual defendant as persons or corporations that have an interest in the outcome of the case. However, the Court having reviewed the Litigation Funding Agreement that it ordered to be filed under seal, finds that Litigation Management and Financial Services, LLC also has a direct, pecuniary interest in the outcome of these cases and should be disclosed by Plaintiff in his certificates of interested parties. Litigation Management and Financial Services, LLC has a direct, pecuniary interest because it will be reimbursed for the fees spent to bring these cases to Court[1] and Plaintiff's complaints request reimbursement of litigation expenses and costs. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a revised certificate of interested parties in each case he has filed no later than **April 12, 2017**.

DATED this 29th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] *See* Litigation Funding Agreement, pg. 4, Section 3 entitled "Distribution of Proceeds."